IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN RILING | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-574 |
| | : | |
| MATT ZIMMERMAN, et al. | : | |

## ORDER

AND NOW, this 13th day of May, 2021, it is ORDERED the schedule in the above-captioned matter is as follows:

- Discovery deadline is September 9, 2021;

- Plaintiff's expert report is due September 23, 2021;

- Defendants' expert report is due September 30, 2021;[1]

- Dispositive motions are due October 14, 2021;

- Responses to dispositive motions are due October 21, 2021;

- A teleconference to discuss settlement shall take place on October 28, 2021, at 3:00 p.m.;

- Motions in limine are due November 11, 2021;

- Responses to motions in limine are due November 18, 2021;

- Plaintiff's pre-trial memorandum is due November 18, 2021;

- Defendants' pre-trial memorandum is due November 18, 2021;

- Joint requested points for charge, joint proposed verdict slip, and voir dire questions, as explained in the Honorable Juan R. Sánchez's on-line procedures, are due November 18, 2021;

- Final pre-trial conference shall be held on December 6, 2021, at 10:30 a.m.;

- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;

---

[1] Any deposition of an expert pursuant to Federal Rule of Civil Procedure 26(b)(4)(A) must be conducted before the deadline for submission of dispositive motions.

- This matter is in the December 13, 2021 trial pool.

- Counsel are referred to Judge Sánchez's operating procedures for further information: http://www.paed.uscourts.gov/documents/procedures/sanpol.pdf.

                                                  BY THE COURT:

                                                  /s/ Juan R. Sánchez
                                                  Juan R. Sánchez, C.J.