IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN RILING | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Docket No. 21-00574 |
| | : |
| MATT ZIMMERMAN AND NEW HOPE BOROUGH, | : |
| | : |
| Defendants. | : |
| | : |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Andrew J. Davis, Esquire of MacMain, Connell & Leinhauser LLC as counsel for New Hope Borough in the above-captioned matter.

                                                  MACMAIN, CONNELL &
                                                  LEINHAUSER, LLC

Dated: <u>August 2, 2021</u>        By:    <u>/s/ Andrew J. Davis</u>
                                                        Andrew J. Davis, Esquire
                                                        Attorney I.D. No. 316460
                                                        433 W. Market Street, Suite 200
                                                        West Chester, PA 19382
                                                         *Attorney for Defendant New Hope Borough*

## CERTIFICATE OF SERVICE

I, Andrew J. Davis, Esquire, hereby certify that on this 2nd day of August, 2021, the foregoing *Withdrawal of Appearance* was served upon the following via electronic notification:

Susan M. Lin, Esquire
Kairys, Rudovsky, Messing, Feinberg & Lin
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
*Attorney for Plaintiff*

Joseph J. Santarone, Jr., Esquire
Marshall Dennehey Warner Coleman & Goggin
2000 Market Street
Suite 2300
Philadelphia, PA 19103
*Attorney for Co-Defendant*

**MACMAIN, CONNELL & LEINHAUSER, LLC**

By: /s/ Andrew J. Davis
Andrew J. Davis, Esquire
Attorney I.D. No. 316460
433 W. Market Street, Suite 200
West Chester, PA 19382
*Attorney for Defendant New Hope Borough*